824

No. 96–2051.   HEALTHPARTNERS OF SOUTHERN ARIZONA, DBA PARTNERS HEALTH PLAN OF ARIZONA, INC. *v.* ATKINS.   C. A. 9th Cir.   Certiorari denied.

No. 96–2052.   BECERRA, INDIVIDUALLY AND AS NEXT FRIEND OF DOE, A MINOR *v.* HOUSTON INDEPENDENT SCHOOL DISTRICT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 96–2053.   COOKE *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 96–2055.   HARVARD *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 96–8088.   GATELY *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 96–8311.   GINN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 96–8312.   FAULKNER *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 96–8368.   POLLARD *v.* EDGAR, GOVERNOR OF ILLINOIS, ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 96–8379.   COOPER *v.* TAYLOR, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 96–8436.   ADKINS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 96–8470.   FEMALE JUVENILE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 96–8478.   PRIOR *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 96–8489.   THOMAS *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.

No. 96–8501.   ALBANO SANTOS *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 11th Cir.   Certiorari denied.